HERBERT S. LONG, as Trustee under the Last Will and Testament of ISAAC S. LONG, Deceased, Appellant, v. JOSEPH E. DAVIES and Others, Respondents.— Action for the recovery of unpaid rent payable under the terms of a lease made by plaintiff with the 50 West Fifty-eighth Street Corporation. Plaintiff claimed that defendants were liable as assignees of the lease. Judgment entered on verdict of jury in favor of defendants unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ALICE M. MILLER, Respondent, v. JOHN L. MILLER, Appellant.— Action to recover a balance due under two written contracts. Order granting plaintiff's motion for partial summary judgment, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of ABRAHAM B. ALBERT, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of JOSEPH LEVY.— Motion for leave to appeal to the Court of Appeals from order denying application for reinstatement denied. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

GERTRUDE PROBST v. ROBERT McLAIN, Impleaded, etc.— Motion for reargument denied. Motion to resettle order granted in so far as to extend defendant's time to answer until ten days after entry of order upon payment of said costs. [See ante, p. 704.] Present Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

PATRICK O'HAGAN and Others v. OSCAR CARLSON, Secretary of the Marine Firemen's, Oilers' and Watertenders' Union of the Atlantic and Gulf, and Others. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin P. J., Townley, Glennon and Untermyer, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Plaintiff, v. ROBERT ADAMSON and Others, Defendants, ALEXANDER B. HALLIDAY, Defendant-Appellant, W. WALLACE LYON and Others, Impleaded as Codefendants, W. WALLACE LYON and GERALD CLOKEY, Impleaded-Defendants-Respondents.— The action was instituted by plaintiff to recover an assessment of twenty-five dollars per share against all stockholders of the Bank of United States at the close of business on December 10, 1930. On and prior to said date, defendant Alexander B. Halliday was the owner and holder of 265 shares of said stock. Halliday impleaded the copartnership, Lyon, Clokey & Co., alleging that he sold the 265 shares to said copartnership on December 10, 1930. The trial court dismissed his cross-claim against Lyon, Clokey & Co., since the latter had disposed of its equitable interest in said stock prior to the closing of the bank. Judgment, so far as appealed from, dismissing the cross-complaint of defendant-appellant Halliday against defendants W. Wallace Lyon and Gerald Clokey, copartners, etc., unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Cohn, J., takes no part. [148 Misc. 353; Id. 366.]